UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Antonio Trevyll McGraw-Williams,

     Petitioner,

v.

Justin Erickson, Bemidji Police Department;
Matthew D. Forbes, DOJ-USAO; and
Administrative, Sherburne County Jail,

     Respondents.

Case No. 26-cv-2553 (JNE/SGE)
ORDER

In a Report and Recommendation dated May 12, 2026, the Honorable Shannon G. Elkins, United States Magistrate Judge, recommended that Petitioner's petition for a writ of habeas corpus and application to proceed in forma pauperis be denied and that the case be dismissed.  Petitioner objected.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court overrules the objections and accepts the recommended disposition [Docket No. 4].  Therefore, IT IS ORDERED THAT:

1. Petitioner's petition for a writ of habeas corpus [Docket No. 1] is DENIED.

2. Petitioner's application to proceed in form pauperis [Docket No. 2] is DENIED.

3. This case is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 24, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge