UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Antonio Trevyll McGraw-Williams,

      Petitioner,

v.
                                       Case No. 26-cv-2553 (JNE/SGE)
                                       ORDER

Justin Erickson, Bemidji Police Department;
Matthew D. Forbes, DOJ-USAO; and
Administrative, Sherburne County Jail,

      Respondents.

After the Court denied his petition for a writ of habeas corpus and his application to proceed in forma pauperis, Petitioner filed a notice of appeal and an application to proceed in forma pauperis on appeal.  A similar application that he filed in a separate case was recently denied:

> Petitioner Antonio Trevyll McGraw-Williams has filed an application to proceed *in forma pauperis* ("IFP").  *See* ECF No. 11.  Presumably, the IFP application has been filed because McGraw-Williams intends to pursue an appeal from the denial of his habeas petition, though he has not yet filed a notice of appeal.  "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  An appeal is not taken in good faith when it is frivolous, and any appeal that McGraw-Williams might bring from the denial of his habeas petition would be frivolous, because his habeas petition itself was frivolous.  This proceeding is one of several that McGraw-Williams has filed in recent months seeking to disrupt his ongoing criminal proceedings in this District.  But a habeas petition is simply not the appropriate procedural vehicle for McGraw-Williams to challenge his conviction or yet-to-be-imposed sentence.  McGraw-Williams may appeal from the denial of his habeas petition, but not at public expense.  His IFP application is denied.

*McGraw-Williams v. United States*, Case No. 26-cv-2419, slip op. at 1 (D. Minn. July 8, 2026).  For essentially the same reasons set forth in Case No. 26-cv-2419, Petitioner's application to proceed in forma pauperis on appeal is denied.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT Petitioner's application to proceed in forma pauperis on appeal [Docket No. 9] is DENIED.

Dated: July 20, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge